THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Ogbona Moren,       
Appellant,
 
 
 

Appeal From Anderson County
Alexander S. Macaulay, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-509
Submitted October 1, 2004  Filed October 
 13, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of 
 Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Salley W. Elliott, all of Columbia; and Solicitor Horold W. Gowdy, III, 
 of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Ogbona Moren appeals from his 
 guilty pleas to malicious injury to personal property, indecent exposure, leaving 
 the scene of an accident, habitual traffic offender, obtaining property by false 
 pretenses, and malicious injury to personal property greater than five thousand 
 dollars.  Moren argues his pleas were not knowingly, voluntarily, and intelligently 
 given because he stated he could not remember the facts forming the basis of 
 the charges.  Morens counsel attached to the brief a petition to be relieved 
 as counsel, stating that she had reviewed the record and concluded this appeal 
 lacks merit.  After a thorough review of the record and counsels brief, pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Morens appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.